NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANNE WHITEMAN,**
*Petitioner,*

v.

**DEPARTMENT OF TRANSPORTATION,**
*Respondent.*

---

2011-3165

---

Petition for review of the Merit Systems Protection Board in case no. DA1221090106-W-2.

---

**ON MOTION**

---

**O R D E R**

The Department of Transportation moves for a 30-day extension of time, until January 4, 2012, to file its response brief. Anne Whiteman opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 0 7 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Steven L. Herrick, Esq.
     Stacey K. Grigsby, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 0 7 2011**

**JAN HORBALY**
**CLERK**